UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH, | No. 2:13-cv-0122 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA PRISON INDUSTRY AUTHORITY, | |
| Defendants. | |

On June 4, 2013, the court ordered that plaintiff, a state prisoner, pay the filing fee in this action pursuant to 28 U.S.C. § 1915(b). Under that statute, payment is made in installments based upon how much money plaintiff has at a given time. Plaintiff asks that the court waive the remainder of the filing fee in this action and in other actions. Because the court has no authority to waive the remainder of the fee in this or any other action, however, plaintiff's motion "to remove all court filing fees" (ECF No. 21) is denied.

Dated: December 19, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jose 0122.$